UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OTIS CROSBY, JR.,

    Plaintiff,

v.                                        Case No.  5:22-cv-200-TKW-MJF

MICHELLE DANIELS, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Otis Crosby, a Florida prisoner proceeding *pro se*, initiated this action on September 7, 2022, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. Crosby claimed that prison medical providers failed to provide prompt treatment for an injury he sustained from an inmate assault at the Jackson Correctional Institution on September 14, 2020.

After months of delay pending receipt of Crosby's initial partial filing fee, the undersigned screened Crosby's complaint on February 14, 2023, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A. Doc. 15. The undersigned identified several legal deficiencies in Crosby's complaint, and ordered him to file an amended complaint or a notice of voluntary dismissal by March 16, 2023. The undersigned warned Crosby that failure to comply with the order likely would result in dismissal of this

case. Doc. 15 at 15. The undersigned later extended Crosby's deadline to April 17, 2023. *See* Docs. 16, 17.

To date, Crosby has not complied with the order dated February 14, 2023, and has not responded to the 14-day show cause order issued on May 16, 2023. Doc. 20.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 14th day of June, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**